986

DEUTSCHE BANK NATIONAL TRUST COMPANY, Solely in its Capacity as Trustee for the HARBORVIEW MORTGAGE LOAN TRUST SERIES 2007-7, Appellant, v FLAGSTAR CAPITAL MARKETS CORPORATION, Defendant, and QUICKEN LOANS, INC., Respondent.

Submitted April 10, 2017; decided May 4, 2017

Motion by LNR Partners, LLC, et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed letter brief is accepted as filed. Three copies of the letter brief must be served and an original and nine copies filed within seven days.

Judge GARCIA taking no part.

In the Matter of DIANE T., Appellant, v SHAWN N. et al., Respondents.

Submitted February 27, 2017; decided May 4, 2017

Motion for leave to appeal denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.

KARINE GEVORKYAN et al., Appellants, v IRA JUDELSON, Respondent.

Submitted May 1, 2017; decided May 4, 2017

See 841 F3d 584.

Motion by Brooklyn Defender Services, et al. for leave to file a brief amici curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.